IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: ) CASE NO. 08-53495
) JUDGE SHEA-STONUM
DENNIS N. MALABA ) CHAPTER 7
DIONA MALABA )
)
DEBTORS )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

JONNETTE & DONALD GROCE $500.00
1940 3RD STREET
CANTON, OH 44704

2. Trustee's check for $500.00, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: July 27, 2010

KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE

*Ck #119*
*receipt # 81651*